UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECRETARY OF LABOR, UNITED STATES
DEPARTMENT OF LABOR,

Plaintiff,

-vs-	Case No. 6:09-cv-629-Orl-18GJK

SECURITY ENFORCEMENT, WORKERS
UNION LOCAL 1,

Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's Motion for Entry of Default Judgment (Doc. No. 9). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED and ADOPTED**. Plaintiff's Motion for Entry of Default Judgment is **GRANTED**. The Court finds that Defendant has violated the provisions of the Act as set forth in the report and recommendation. The Court directs the Defendant to file its financial report for fiscal years 2003 through 2008. The Defendant is permanently enjoined from violating any further provisions of the Act. The Clerk of the Court is directed to enter judgment and **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this 5 day of October, 2009.

G. KENDALL SHARP
Senior United States District Judge

Copies to:
Counsel of Record
United States Magistrate Judge